# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **JOHN RIFE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21CV00016 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **TRACTOR SUPPLY COMPANY**, | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

The Motion for Summary Judgment having been granted, judgment is rendered in favor of Defendant.

The Clerk shall close the case.

ENTER: July 15, 2022

/s/ JAMES P. JONES
Senior United States District Judge